## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 3113 | **DATE** | 7/25/2000 |
| **CASE TITLE** | Terrell Jones Jr. Vs. Syntex Laboratories, Inc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. On July 14, 2000, we dismissed plaintiff's complaint on res judicata grounds. Plaintiff has now moved for reconsideration of that order. We deny the motion.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JUL 2 6 2000 date docketed | |
| ✓ | Docketing to mail notices. | | | 23 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TERRELL JONES JR., )
 )
         Plaintiff, )
 )
vs. ) No. 99 C 3113
 )
SYNTEX LABORATORIES, INC., a corporation, )
SYNTEX LABORATORIES (USA), INC., )
a corporation, )
 )
         Defendants. )

DOCKETED
JUL 26 2000

## MEMORANDUM OPINION AND ORDER

On July 14, 2000, we dismissed plaintiff's complaint on *res judicata* grounds. Plaintiff has now moved for reconsideration of that order. We deny the motion.

In our prior order we held that the state court's order denying plaintiff's petition to vacate an earlier dismissal order operated to bar plaintiff's federal lawsuit. In response, plaintiff challenges the legal force of the state court order by pointing out that plaintiff's mother (who pursued the state court litigation on plaintiff's behalf) did not attend the hearing on the petition to vacate and that she later tried to set aside the state court's denial of the petition to vacate. These facts do not affect the legal validity of the state court's ruling and we are bound to respect that order. Plaintiff's other contentions (including the alleged conspiracy among state court officials, the timely filing of an amended complaint, and the continued litigation activity following the dismissal for want of prosecution), though understandably frustrating for plaintiff, similarly do not defeat the state court's denial of the petition to vacate. Under the doctrine of *res judicata*, that order bars plaintiff's federal complaint.

**Plaintiff's motion for reconsideration is denied.**

*[signature]*
JAMES B. MORAN
Senior Judge, U. S. District Court

*July 25*, 2000.