

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 3113 | **DATE** | 11/26/2001 |
| **CASE TITLE** | Terrell Jones, Jr. etc. Vs. Syntex Laboratories, Inc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   Enter Memorandum Opinion and Order. Plaintiff moves for appointment of counsel. He should furnish copies of those records to the court as part of his motion, and he should do so within 2 weeks(or, by then, explain to the court why he needs some additional time to make that filing). We will continue his motion, but we also advise plaintiff that the motion will be denied unless he can establish that he possibly has a meritorious claim by that means or another.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | **NOV 2 7 2001** date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | docketing deputy initials | 81 |
| | Mail AO 450 form. | FILED FOR DOCKETING | | |
| | Copy to judge/magistrate judge. | 01 NOV 26 PM 3:50 | date mailed notice | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TERRELL JONES, JR., a minor )
and best friend, LOIS JONES, )
 )
Plaintiffs, )
 )
vs. ) No. 99 C 3113
 )
SYNTEX LABORATORIES, INC., )
a corporation; SYNTEX (USA), INC., )
a corporation, )
 )
Defendants. )

## MEMORANDUM OPINION AND ORDER

Plaintiff moves for appointment of counsel. He represents that he has gone to 17 lawyers with, apparently, no one willing to undertake the case. We are satisfied, moreover, that plaintiff does not have the financial ability to engage an attorney unless that attorney is willing to represent him on a contingent basis. We refer, then, back to the court's Memorandum Opinion and Order of October 19, 2001, where we said we had no idea whether or not he has a possibly meritorious claim, other than the negative inference from his inability to engage counsel. We there suggested what he might do to provide some indication that he has a meritorious claim.

Plaintiff has not done so. For all we know his evidence is that his mother would testify that he was fed Neo-Mull-Soy exclusively for eight or nine weeks in 1979, and he and his mother would testify that he has a speech problem. That alone does not provide the basis for a claim. We suggested a first step in establishing the possibility of a claim, which depended upon his medical records when he was an infant. They were supposed to have been produced months ago, but plaintiff has still not done so. He should furnish copies of those records to

the court as part of his motion, and he should do so within two weeks (or, by then, explain to the court why he needs some additional time to make that filing). For now, we will continue his motion, but we also advise plaintiff that the motion will be denied unless he can establish that he possibly has a meritorious claim by that means or another.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 26, 2001.