## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 3113 | **DATE** | 11/25/2002 |
| **CASE TITLE** | Terrell Jones, Jr. Vs. Syntex Lab et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff has responded to defendants' motion for summary judgment. We adhere to our prior decision and grant, again, that motion.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | NOV 26 2002 | |
| | Notified counsel by telephone. | | date docketed | 107 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | 02 NOV 25 AM 11:46 | date mailed notice | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRELL JONES JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 99 C 3113 |
| ) | |
| SYNTEX LAB, et al., ) | |
| ) | |
| Defendants. ) | |

DOCKETED
NOV 2 6 2002

## MEMORANDUM OPINION AND ORDER

Plaintiff has responded to defendants' motion for summary judgment. We adhere to our prior decision and grant, again, that motion.

Plaintiff argues that he need not prove his case prior to trial, and that is true enough. But he must show that he has evidence sufficient to permit a reasonable jury to conclude that he should prevail, and that he has not done. We assume, as we have in the past, that he could introduce sufficient evidence that he ingested Neo-Mull Soy Milk as an infant and that he suffers from some abnormalities. But there is absolutely no evidence connecting the two.

We could find no such evidence when we reviewed the record prior to our denying the appointment of counsel on February 12, 2002, and nothing further has been presented. Recognizing, however, how difficult it is for a *pro se* plaintiff to present a claim such as this, we went beyond what he had submitted and cast about for further information that might provide some support for his claim. That included asking for a review of the records, as we noted in our February 12, 2002, Memorandum Opinion and Order, and for an independent review of the technical literature. We found no substantiation.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 25, 2002.